## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCS DIRECT, INC. | : | Case No.: 3:12-cv-01512-ATW |
| | : | |
| Plaintiff, | : | |
| against - | : | |
| | : | |
| C & A MARKETING, INC. | : | NOVEMB ER 16, 2012 |
| | : | |
| Defendant. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to 41(a) of the Federal Rules of Civil Procedure, plaintiff files a notice of the voluntary dismissal of this action with prejudice, with each party to bear its own costs, expenses and attorneys' fees. Plaintiff certifies that defendant has not filed an answer or motion for summary judgment in this action.

THE PLAINTIFF,

By: /s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: ahoffman@cohenandwolf.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 16, 2012, a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                                           /s/ Ari J. Hoffman
                                                                              Ari J. Hoffman